**Richard C. THIER, Petitioner/Respondent,**

v.

**Marsha J. THIER, Respondent/Appellant.**

**Nos. 66536, 67520.**

Missouri Court of Appeals, Eastern District, Division Three.

July 18, 1995.

Motion for Rehearing and/or Transfer to Supreme Court Denied Aug. 23, 1995.

Application to Transfer Denied Oct. 24, 1995.

Anthony L. Anderson, Anderson & Preuss, Clayton, for appellant.

Richard C. Thier, Hillsboro, pro se.

Before CRANE, P.J., and CRANDALL and DOWD, JJ.

### ORDER

PER CURIAM.

This is an appeal from the trial court's judgment quashing a garnishment for child support payments. We have reviewed the record and the briefs filed by the parties and find the circuit court's judgment is supported by substantial evidence and is not against the weight of the evidence. No error of law appears. An opinion reciting the detailed facts and restating the principles of law would have no precedential value.

The judgment is affirmed in accordance with Rule 84.16(b).